Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Joyce Harper, et al.                                   )
                                                       )   Case No: 3:15-cv-01114-E
                          Plaintiff(s),                )
                                                       )   **APPLICATION FOR**
        v.                                             )   **ADMISSION OF ATTORNEY**
                                                       )   **PRO HAC VICE**
Harris & Zide                                          )   (CIVIL LOCAL RULE 11-3)
                                                       )
                          Defendant(s).                )
                                                       )

I, Aaron D. Radbil _____, an active member in good standing of the bar of
Texas _____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: Joyce Harper, et al. _____ in the
above-entitled action. My local co-counsel in this case is Ryan Lee _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 106 East Sixth Street, Suite 913, Austin, TX 78701 | 10474 Santa Monica Blvd., Suite 405, Los Angeles, CA 90025 |
| MY TELEPHONE # OF RECORD: (512) 322-3912 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (323) 988-2400 |
| MY EMAIL ADDRESS OF RECORD: aradbil@gdrlawfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: rlee@consumerlawcenter.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 24094090 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 04/03/15                                        Aaron D. Radbil
                                        _____
                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Aaron D. Radbil _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 4/6/2015

                                        Haywood S. Gill Jr.
                                        _____
                                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Exhibit "A"



# THE SUPREME COURT OF TEXAS

**BLAKE A. HAWTHORNE**
CLERK OF THE SUPREME COURT

**State Bar of Texas Membership Department**

0001530654-00013-00024

 **AARON DAVID RADBIL**
**5550 GLADES RD., SUITE 500**
**BOCA RATON FL 33431-3431**

Dear Newly Licensed Attorney:

This Bar Card from the Supreme Court of Texas certifies your membership in the State Bar of Texas.

Suspension, disbarment or resignation automatically revokes this card, whereupon it must be immediately surrendered to the Clerk of the Supreme Court of Texas.

If it is lost or your name changes, you may request a replacement card online at www.texasbar.com/membership, or send a written request to the State Bar of Texas, Membership Dept., P.O. Box 12487, Austin Texas 78711.   Please include a $25.00 check payable to the Clerk, of the Supreme Court of Texas.

*Please sign and carry with you.*





State Bar of Texas

24094090          Licensed on:
02/05/2015
AARON DAVID RADBIL

P.O. Box 12487, Austin, Texas 78711-2487  (512) 427-1383 or (800) 204-2222, Ext. 1383  FAX: (512) 427-4424
www.texasbar.com

TXSCC002                                                                                         2291-MEM-004