**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joyce Harper and Leila Emerson, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>          vs.<br><br>The Law Office of Harris and Zide LLP,<br><br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:15-cv-01114-HSG<br><br>ORDER ON JOINT MOTION TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT CONFERENCE |

This Court, having considered the parties' joint motion to appear telephonically for initial case management conference, grants the motion. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated this 28th day of May, 2015.

_Haywood S. Gill Jr._
United States District Judge