UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOYCE HARPER, et al.,

    Plaintiffs,

v.

THE LAW OFFICE OF HARRIS AND ZIDE LLP, et al.,

    Defendants.

Case No. 15-cv-01114-HSG

**SCHEDULING ORDER**

Pursuant to the Court's ruling at the Case Management Conference in this matter held on June 9, 2015, the following dates are hereby set:

| | |
|---|---|
| Last day to amend Complaint : | **August 7, 2015** |
| Close of fact discovery: | **November 5, 2015** |
| Rule 26 initial expert disclosures due: | **November 19, 2015** |
| Rule 26 rebuttal expert disclosures due: | **December 18, 2015** |
| Close of expert discovery: | **January 19, 2016** |
| Last day to file dispositive motions: | **February 4, 2016** |
| Last day to hear dispositive motions: | **March 10, 2016**<br>**2:00 p.m., Courtroom 15** |
| Pretrial Conference: | **May 24, 2016**<br>**3:00 p.m., Courtroom 15** |
| Jury Trial (3 days): | **June 6, 2016**<br>**8:30 p.m., Courtroom 15** |

**IT IS SO ORDERED.**

Dated: 6/15/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge