Ryan Lee (SBN: 235879)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
Phone: (323) 988-2400 x241
Fax: (866) 861-1390
Email: rlee@consumerlawcenter.com

Aaron D. Radbil (*pro hac vice*)
GREENWALD DAVIDSON RADBIL PLLC
106 East Sixth Street, Suite 913
Austin, TX  78701
Phone: (512) 322-3912
Fax: (561) 961-5684
Email: aradbil@gdrlawfirm.com

*Attorneys for Plaintiffs*

John W. Sheller (SBN: 67519)
Renee Choy Ohlendorf (SBN: 263939)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Tel. (310) 909-8000
Fax (310) 909-8001
Email: jsheller@hinshawlaw.com
Email: rchoy@hinshawlaw.com

*Attorneys for The Law Office of Harris and Zide LLP*

Angela A. Kleine (SBN: 255643)
Lauren Wroblewski (SBN: 291019)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel. (415) 268-7000
Fax (415) 268-7522
Email: akleine@mofo.com
Email: lwroblewski@mofo.com

Mark P. Ladner (*pro hac vice*)
Jessica Kaufman (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Tel. (212) 468-8000
Fax (212) 468-7900
Email: mladner@mofo.com
Email: jkaufman@mofo.com

*Attorneys for Bank of America, N.A.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE HARPER and LEILA EMERSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LAW OFFICE OF HARRIS AND ZIDE LLP and BANK OF AMERICA, N.A,<br><br>Defendants. | Case No.: 3:15-cv-01114-HSG<br><br>**ORDER ON STIPULATION TO STAY MANDATORY MEDIATION** |

1    The Court, having considered the parties' Stipulation to Stay Mandatory Mediation,
2 hereby GRANTS the Stipulation, and ORDERS that the parties have until October 23, 2015 to
3 complete their Court-ordered mediation.

_____
The Hon. Haywood S. Gilliam, Jr.
United Stated District Judge