| | |
|---|---|
| Ryan Lee (SBN: 235879)<br>KROHN & MOSS, LTD.<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA  90025<br>Phone: (323) 988-2400 x241<br>Fax: (866) 861-1390<br>Email: rlee@consumerlawcenter.com | Aaron D. Radbil (*pro hac vice*)<br>GREENWALD DAVIDSON RADBIL PLLC<br>106 East Sixth Street, Suite 913<br>Austin, TX  78701<br>Phone: (512) 322-3912<br>Fax: (561) 961-5684<br>Email: aradbil@gdrlawfirm.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Angela A. Kleine (SBN: 255643)<br>Lauren Wroblewski (SBN: 291019)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Tel. (415) 268-7000<br>Fax (415) 268-7522<br>Email: akleine@mofo.com<br>Email: lwroblewski@mofo.com | Mark P. Ladner (*pro hac vice*)<br>Jessica Kaufman (*pro hac vice*)<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>Tel. (212) 468-8000<br>Fax (212) 468-7900<br>Email: mladner@mofo.com<br>Email: jkaufman@mofo.com |

*Attorneys for Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HARPER and LEILA EMERSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LAW OFFICE OF HARRIS AND ZIDE LLP and BANK OF AMERICA, N.A,<br><br>Defendants. | Case No.: 3:15-cv-01114-HSG<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF BANK OF AMERICA, N.A.** |

The Court, having considered the parties' Stipulation of Dismissal of Bank of America, N.A., hereby GRANTS the Stipulation, and ORDERS that Bank of America, N.A. is dismissed from this action, with prejudice as to Plaintiffs' claims and without prejudice as to absent class members' claims, and with each party bearing its own fees and costs.

*[signature]*
The Hon. Haywood S. Gilliam, Jr.
United States District Judge