IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HARPER and LEILA EMERSON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LAW OFFICE OF HARRIS AND ZIDE LLP and BANK OF AMERICA, N.A,<br><br>Defendants. | Case No.: 3:15-cv-01114-HSG<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

This Court, having considered the parties' stipulation to extend the deadline to file Plaintiffs' unopposed motion for preliminary approval of the parties' class action settlement, hereby APPROVES the stipulation, and further ORDERS that Plaintiffs may file their unopposed motion for preliminary approval of class action settlement on or before Monday, November 2, 2015.

Dated: October _29_, 2015

_____
THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge