IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HARPER and LEILA EMERSON, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE LAW OFFICE OF HARRIS AND ZIDE LLP and BANK OF AMERICA, N.A, <br><br> Defendants. | Case No.: 3:15-cv-01114-HSG <br><br> [PROPOSED] ORDER ON STIPULATION TO WAIVE ORAL ARGUMENT ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' unopposed motion for preliminary approval of class action settlement will be considered without oral argument, and the hearing noticed for December 17, 2015 at 2:00 p.m. is hereby VACATED.

In the alternative, in light of Plaintiffs' counsel being located in Austin, Texas, and the parties' efforts to limit attorneys' fees and costs associated with travel to the December 17, 2015 hearing, PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' counsel and Defendant's counsel may appear by telephone for the December 17, 2015 hearing and are instructed to contact Court Call Phone Conferencing in advance of the hearing to make necessary arrangements.

Dated: December 11, 2015

**DENIED**
Judge Haywood S. Gilliam Jr.

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge