John W. Sheller (SBN 67519)
jsheller@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Renee Choy Ohlendorf (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Fl.
San Francisco, CA  94111
Telephone:  (415) 362-6000
Facsimile:   (415) 834-9070

Attorneys for Defendant
THE LAW OFFICE OF HARRIS AND ZIDE LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce Harper and Leila Emerson, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LAW OFFICE OF HARRIS AND ZIDE LLP,<br><br>Defendant. | Case No. 3:15-cv-01114-HSG<br><br>(Assigned to the Honorable Haywood S. Gilliam,  Courtroom "15")<br><br>**STIPULATION AND ORDER TO VACATE, OR, ALTERNATIVELY, TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES PURSUANT TO PENDING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT [DKTS. 35, 56]**<br><br>Action Filed:      March 10, 2015 |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiffs, Joyce Harper and Leila Emerson (collectively, "Plaintiffs"), and Defendant, The Law Office of Harris and Zide LLP ("Defendant"), by and through their respective attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Civil

Rules 16-2(d) and 40-1, hereby stipulate and jointly move to vacate, or, alternatively, to continue the present Pre-Trial Conference and Trial Dates, in light of this Court's pending ruling on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

The background and circumstances which establish good cause for the request herein are as follows:

1. On November 2, 2015, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement [Dkt. 56], and this Court held a hearing on the Motion on December 17, 2015. The Motion is presently under submission with the Court;

2. Presently, a Pre-Trial Conference is presently set for May 24, 2016 at 3:00 p.m., and a Jury Trial on June 6, 2016, pursuant to this Court's Scheduling Order entered on June 15, 2015 [Dkt. 35];

3. Should the parties' proposed class action settlement be preliminarily approved by this Court, expenditure of further judicial and litigation resources on holding a Pre-Trial Conference and/or Trial, would not be necessary. Accordingly, the parties respectfully request the Court to vacate, or, alternatively, to continue the respective Pre-Trial Conference and Trial dates for approximately 180 days, pending this Court's resolution of the class action settlement.

**IT IS HEREBY STIPULATED:**

The Pre-Trial Conference scheduled on May 24, 2016 and Trial scheduled on June 6, 2016 are hereby vacated. The Pre-Trial Conference is rescheduled to _____, 2016 at _____ a.m./p.m., and the Trial is rescheduled _____, 2016 at _____ a.m./p.m.

2
STIPULATION AND [PROPOSED] ORDER TO VACATE OR ALTERNATIVELY TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES PURSUANT TO PENDING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

31647680v1 0970783

DATED: April 22, 2016                    HINSHAW & CULBERTSON LLP

                                         By: */s/ Renee C. Ohlendorf*
                                             John W. Sheller
                                             Renee Choy Ohlendorf
                                             Attorneys for Defendant
                                             THE LAW OFFICE OF HARRIS AND
                                             ZIDE LLP


DATED: April 22, 2016                    GREENWALD DAVIDSON RADBIL
                                         PLLC

                                         By: */s/ Aaron D. Radbil*
                                             Aaron D. Radbil
                                             Attorneys for Plaintiffs JOYCE
                                             HARPER and LEILA EMERSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Pre-Trial Conference scheduled on May 24, 2016 and Trial scheduled on June 6, 2016 are hereby vacated.

Dated: April 22, 2016

                                         _____
                                         HON. HAYWOOD S. GILLIAM, JR.
                                         United States District Judge

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Renee Choy Ohlendorf, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

                                        *s/Renee Choy Ohlendorf*
                                        Renee Choy Ohlendorf

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, 18th Fl., San Francisco, CA.

On April 22, 2016, I served the within **Stipulation and [Proposed] Order to Vacate, or, Alternatively to Continue Pre-Trial Conference and Trial Dates Pursuant to Pending Motion for Preliminary Approval of Class Settlement [Dkts. 35, 56]** on the following attorney(s) of record and/or interested parties in this action, by placing a true and correct copy(ies) thereof enclosed in sealed envelope(S), addressed as follows, by the following means:

| **Counsel for Plaintiffs**<br>Ryan Lee<br>Krohn & Moss, Ltd<br>10474 Santa Monica Blvd., Ste. 405<br>Los Angeles, CA 90025<br>Tel: 323-988-2400 x 241<br>Fax: 866-861-1390<br>rlee@consumerlawcenter.com | **Counsel for Plaintiffs**<br>Aaron D. Radbil<br>Greenwald Davidson Radbil PLLC<br>106 East Sixth Street, Ste. 913<br>Austin, Texas 78701<br>Tel: 512-322-3912<br>Fax: 561-961-5684<br>aradbil@gdrlawfirm.com |
|---|---|
| **Counsel for Defendant**<br>**Bank of American National Assn.**<br>Angela E. Kleine<br>Lauren L. Wroblewski<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel: 415-513-5444<br>Fax: 415-276-7522<br>Email: akleine@mofo.com<br>           lwroblewski@mofo.com | **Counsel for Defendant**<br>**Bank of American National Assn.**<br>Jessica Kaufman, Pro Hac Vice<br>Mark P. Ladner, Pro Hac Vice<br>Morrison & Foester LLP<br>250 West 55th Street<br>New York, NY 10019<br>Tel: 212-336-4257<br>Fax: 212-468-7900<br>Email: jkaufman@mofo.com<br>           mladner@mofo.com |
| **Counsel for Plaintiffs**<br>Corinne Deveza Orquiola<br>Krohn and Moss<br>1112 Ocean Drive, #301<br>Manhattan Beach, CA 90266<br>Tel: 323-988-2400<br>corquiola@consumerlawcenter.com | |

☒ (**BY CM/ECF SERVICE**): I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

Executed on April 22, 2016, at San Francisco, California. **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

/s/ *Nancy Fox*
Nancy Fox